JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>COMPTON MENTAL HEALTH DEPARTMENT, et al.,<br><br>    Defendants. | Case No. ED CV 20-02432 MCS (RAO)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

DATED: November 24, 2020

*/s/ Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE